IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LAMARCUS D. THOMAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 19-cv-1184-RJD** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ───────────────────────── ) | **Consolidated with:** |
| ) | |
| **MARCIA BYRD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 20-cv-19-RJD** |
| vs. ) | |
| ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MEMORANDUM AND ORDER

**DALY, Magistrate Judge:**

      This matter comes before the Court for case management purposes. Pursuant to Federal Rule of Civil Procedure 42(a), the Court has discretion to consolidate actions that involve a common question of law or fact. *See Star Ins. Co. v. Risk Marketing Group Inc.*, F.3d 656, 660 (7th Cir. 2009). The case at bar and *Byrd v. United States Postal Service.*, (Case number 20-cv-19-RJD) both involve common questions of law and fact insofar as Plaintiffs' claims concern the same motor vehicle accident that occurred on March 26, 2016. Accordingly, for purposes of discovery and trial, the Court hereby **CONSOLIDATES** *Byrd v. United States Postal Service.*,

(Case number 20-cv-19-RJD) with *Thomas v. United States of America.,* (Case No. 19-cv-1184-RJD).  All future filings shall bear the consolidated caption used in this order and shall be filed only in *Thomas v. United States of America*, Case No. 19-cv-1184-RJD.  The Court will strike any filings in Case No. 20-cv-19-RJD subsequent to this order.

      The Clerk of Court is **DIRECTED** to **CONSOLIDATE** these cases and file a copy of this Order in both cases.

**IT IS SO ORDERED.**

**DATED: June 17, 2020**

                                            *s/ Reona J. Daly*
                                            **Hon. Reona J. Daly**
                                            **United States Magistrate Judge**